UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA WEST and KRISTINE HOLLANDER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACT II JEWELRY, LLC, a Delaware limited liability corporation d/b/a lia sophia, KIAM EQUITIES CORPORATION, a Delaware corporation, VICTOR K. KIAM, III, and ELENA KIAM, <br><br> Defendants. | Case No. 1:15-cv-05569 <br><br> Judge Samuel Der-Yeghiayan |

**DEFENDANT ACT II JEWELRY, LLC'S MOTION TO DISMISS PLAINTIFF CYNTHIA WEST'S CLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) OR, IN THE ALTERNATIVE, TO STRIKE PLAINTIFF CYNTHIA WEST'S CLASS CLAIMS AND TO DISMISS PLAINTIFF KRISTINE HOLLANDER'S CLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

NOW COMES Defendant, ACT II JEWELRY, LLC ("Act II"), and respectfully moves this Court to dismiss Plaintiff Cynthia West's claims pursuant to Rule 12(b)(1) for lack of jurisdiction or, in the alternative, to strike West's class allegations. If this Court finds that it has jurisdiction over West's individual claims, Act II respectfully moves this Court to dismiss West's claims pursuant to Rule 12(b)(6) for failure to state a claim and to dismiss Plaintiff Kristine Hollander's ICFA, fraud, and unjust enrichment claims pursuant to Rule 12(b)(6). In support thereof, Act II respectfully submits herewith its Memorandum in Support of its Motion to Dismiss Plaintiff Cynthia West's claims pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) or, in the Alternative, to Strike Plaintiff Cynthia West's Class Claims and to dismiss Plaintiff Kristine Hollander's claims pursuant to Rule 12(b)(6).

**WHEREFORE**, Defendant ACT II JEWELRY, LLC respectfully requests that this Court enter an Order dismissing Plaintiff Cynthia West's claims pursuant to Rule 12(b)(1) for lack of jurisdiction or, in the alternative, striking West's class allegations. If this Court finds that it has jurisdiction over West's individual claims, Act II asks that this Court enter an Order dismissing West's claims pursuant to Rule 12(b)(6) for failure to state a claim and dimissing Plaintiff Kristine Hollander's ICFA, fraud, and unjust enrichment claims pursuant to Rule 12(b)(6).

Dated: November 24, 2015

                                                              Respectfully submitted,

                                                              ACT II JEWELRY, LLC d/b/a lia sophia

                                                              By:    /s/ Eric L. Samore
                                                              One of the Attorneys for Defendants

Eric L. Samore ARDC #6181345
Albert M. Bower ARDC # 6277162
Yesha Hoeppner ARDC #6304109
SmithAmundsen, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 24, 2015, he served a copy of the **Defendant Act II Jewelry, LLC'S Motion to Dismiss Plaintiff Cynthia West's Claims Pursuant to Fed. R. Civ. P. 12(b)(1) AND 12(b)(6) Or, In The Alternative, to Strike Plaintiff Cynthia West's Class Claims and to Dismiss Plaintiff Kristine Hollander's Claims Pursuant to Fed. R. Civ. P. 12(b)(6)** on all attorneys of record. These pleadings were served pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]  Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: November 24, 2015.

  /s/ Eric L. Samore

Eric L. Samore ARDC #6181345
Albert M. Bower ARDC # 6277162
Yesha Hoeppner ARDC #6304109
SmithAmundsen, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

3