IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Cynthia West, et al | ) ) ) | Case No: 15 C 5569 |
| v. | ) ) ) | Judge: Thomas M. Durkin |
| Act II Jewelry, et al | ) ) ) | |

## ORDER

Motion hearing held on 6/6/2018. Plaintiffs' motion for approval of class action settlement is granted. [107] Enter Order Granting Final Approval of Class Action Settlement. Plaintiffs' motion for leave to file excess pages [108] is granted. Plaintiffs' motion for attorney fees and costs, and incentive awards [103] is granted. The previously certified settlement classes is now finally certified pursuant to Fed. R. Civ. P. 23(a) and (b)(3). The Court dismisses this action, the Released Claims, with prejudice and without costs (except as otherwise provided herein) against Plaintiffs and all Settlement Class Members, and adjudges that the Released Claims and all of the claims described in the Settlement Agreement are release against the Released Parties.
[:45]

Date: 6/6/2018     /s/ Thomas M. Durkin